FILED
2007 JUN 26 AM 9:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ро_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COLDWELL BANKERS PREMIER PROPERTY; RUSS AUGUST d.b.a. COLDWELL BANKERS PREMIER PROPERTY; ALPINE PREMIER PROPERTIES, INC.; And DOES 1 THROUGH 10, Inclusive<br><br>　　　　　Defendants. | Case No.: 06cv1654 JM (NLS)<br><br>[~~PROPOSED~~] ORDER GRANTING THE MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL <u>WITHOUT</u> PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

　　**IT IS HEREBY ORDERED** pursuant to the Motion for Voluntary Dismissal Brought by Plaintiffs ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual, through their respective attorneys of record that ALL Defendants are

　　　　　　　　　　　　　　1　　　Case Number: 06cv1654 JM (NLS)

Document Date: June 19, 2007

dismissed **without** prejudice from Plaintiffs' Complaint, Case Number: 06cv1654 JM (NLS). Additionally, Plaintiffs' Complaint is dismissed **without** prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: 6/25/07

HONORABLE JEFFREY T. MILLER
UNITED STATES DISTRICT COURT JUDGE